Honorable Benjamin H. Settle
February 2, 2015 at 6:30pm.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:14-CR-05188-BHS |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| KEVIN GERALD HEILAND, | |
| Defendant. | |

Based upon the motion of the Defendant, and the representations made therein, it is HEREBY ORDERED that:

The Defendant's Sexual Deviancy Evaluation in this matter be FILED UNDER SEAL because it contains sensitive information, and is not permitted to be made publicly available.

IT IS SO ORDERED.

//
//

ORDER TO SEAL - 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Ave. S., Ste 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

Dated this 2nd day of February, 2015.

_____
Benjamin H. Settle
United States District Court Judge

RESPECTFULLY presented by:

/S/ John R. Crowley
John R. Crowley, WSBA# 19868
Attorney for Mr. Heiland
The Crowley Law Firm, PLLC

ORDER TO SEAL - 2

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Ave. S., Ste 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223